UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MYRNA LACK,
                Plaintiff,

v.

CAESARS ENTERTAINMENT
CORPORATION, HARRAH'S ATLANTIC
CITY, LLC; HARRAH'S ATLANTIC CITY
OPERATING COMPANY, LLC; HARRAH'S
ATLANTIC CITY PROPCO LLC; and
HARRAHS' BOSSIER CITY INVESTMENT
COMPANY, LLC,
                Defendants.
--------------------------------------------------------------x

**ORDER REGARDING SEALED DOCUMENTS**

20 CV 5394 (VB)

      The Court having So Ordered the parties' Protective Order dated January 18, 2022, which, among other things, contemplates the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing materials under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of materials electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: January 18, 2022
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge