UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MYRNA LACK,
                Plaintiff,

v.

CAESARS ENTERTAINMENT
CORPORATION, HARRAH'S ATLANTIC
CITY OPERATING COMPANY, LLC;
HARRAH'S ATLANTIC CITY PROPCO LLC;
and HARRAH'S BOSSIER CITY
INVESTMENT COMPANY, LLC,
                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 5394 (VB)

      As discussed at a conference held on the record today, at which counsel for all parties attended, it is HEREBY ORDERED that:

      1.     The discovery dispute (Docs. ##54, 56) is resolved as stated on the record. Plaintiff's motions are denied.

Dated: March 25, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge