UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MYRNA LACK,                                            CASE NO.:  20-cv-05394

                                Plaintiff,             **DEFENDANTS CAESARS
                                                       ENTERTAINMENT
    -against-                                          CORPORATION, HARRAH'S
                                                       ATLANTIC CITY, LLC,
CAESARS ENTERTAINMENT CORPORATION,                     HARRAH'S ATLANTIC CITY
HARRAH'S ATLANTIC CITY, LLC, HARRAH'S                  OPERATING COMPANY, LLC,
ATLANTIC CITY OPERATING COMPANY, LLC,                  HARRAH'S ATLANTIC CITY
HARRAH'S ATLANTIC CITY PROPCO, LLC, and                PROPCO, LLC, and HARRAH'S
HARRAH'S BOSSIER CITY INVESTMENT                       BOSSIER CITY INVESTMENT
COMPANY, LLC,                                          COMPANY, LLC
                                                       RULE 26(a)(2) DISCLOSURE**
                                Defendants.
-------------------------------------------------------------------X

        The Defendants, **CAESARS ENTERTAINMENT CORPORATION, HARRAH'S**

**ATLANTIC CITY, LLC, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC,**

**HARRAH'S ATLANTIC CITY PROPCO, LLC, and HARRAH'S BOSSIER CITY**

**INVESTMENT COMPANY, LLC**, by and through its attorneys, **FULLERTON BECK, LLP**,

as and for its Response to FRCP 26(a)(2) discloses the following witness who has been retained

to provide expert testimony in support of Defendants **CAESARS ENTERTAINMENT**

**CORPORATION, HARRAH'S ATLANTIC CITY, LLC, HARRAH'S ATLANTIC CITY**

**OPERATING COMPANY, LLC, HARRAH'S ATLANTIC CITY PROPCO, LLC, and**

**HARRAH'S BOSSIER CITY INVESTMENT COMPANY, LLC** claims and defenses and

submits the accompanying written report prepared and signed by the witness:

        **EXPERT WITNESS**
        Ramesh Gidumal, M.D.
        Department of Orthopedic Surgery
        333 East 38th Street 4th Floor,
        New York, NY 10016

        Dr. Gidumal is an expert in the field of orthopedic surgery.  Dr. Gidumal will express his

opinions regarding his findings upon physical examination of plaintiff; plaintiff's current physical

limitations and ability to return to her activities of daily living; plaintiff's need for further medical care; his diagnosis and prognosis of plaintiff; causation of plaintiff's claimed injures; whether plaintiff's surgeries were causally related to the subject incident; whether plaintiff has any disability as a result of the subject incident, and other medical opinions related to the Plaintiff and the subject incident.

Dr. Gidumal will base his opinions upon his physical examination of plaintiff; review of plaintiff's assorted medical records and diagnostic testing conducted, including but not limited to x-rays, CT scans, MRI films and any other radiological evidence, as set forth within Dr. Gidumal's reports, dated October 9,2021 and November 16,2021, copies of which are annexed hereto as **Exhibit "A"**. Dr. Gidumal's opinions that will form the basis of his testimony at trial are described more fully within his written reports annexed hereto as **Exhibit "A"**. Dr. Gidumal's qualifications, fee schedule and a listing of cases in which he has given testimony over the past four (4) years are also annexed hereto as **Exhibit "B"**.

Dr. Gidumal reserves the right to testify regarding any examinations conducted by plaintiff's experts, as well as any medical evidence and/or testimony adduced at trial.

PLEASE TAKE NOTICE that Defendants, **CAESARS ENTERTAINMENT CORPORATION, HARRAH'S ATLANTIC CITY, LLC, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC, HARRAH'S ATLANTIC CITY PROPCO, LLC, and**

**HARRAH'S BOSSIER CITY INVESTMENT COMPANY, LLC**, reserve the right to amend

and/or supplement this response up to and including the time of trial.

Dated:  White Plains, New York
　　　　April 29, 2022

FULLERTON BECK, LLP

By:　Angelo M. Bianco, Esq.
　　　*Attorneys for Defendants*
　　　**CAESARS ENTERTAINMENT
　　　CORPORATION, HARRAH'S
　　　ATLANTIC CITY, LLC,
　　　HARRAH'SATLANTIC CITY
　　　OPERATING COMPANY, LLC,
　　　HARRAH'S ATLANTIC CITY
　　　PROPCO, LLC, and HARRAH'S
　　　BOSSIER CITY INVESTMENT
　　　COMPANY, LLC**
　　　One West Red Oak Lane
　　　White Plains, New York 10604
　　　Tel No.: (914) 305-8634
　　　File No.: 1110-011

To:　SONIN & GENIS, LLC
　　　*Attorney for Plaintiff*
　　　One Fordham Plaza, Suite 907
　　　Bronx, New York 10458
　　　Tel No.: (718) 561-4444