UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MYRNA LACK, :
                   Plaintiff, :
v. :
                                      :
CAESARS ENTERTAINMENT :    **ORDER**
CORPORATION, HARRAH'S ATLANTIC :
CITY OPERATING COMPANY, LLC; :    20 CV 5394 (VB)
HARRAH'S ATLANTIC CITY PROPCO LLC; :
and HARRAH'S BOSSIER CITY :
INVESTMENT COMPANY, LLC, :
                   Defendants. :
--------------------------------------------------------------x

As discussed at a conference held on the record today, it is HEREBY ORDERED:

1. By **November 14, 2022**, defense counsel shall submit a joint letter regarding the status of settlement discussions, including whether referral to the Court-annexed Mediation Program or a Magistrate Judge for a settlement conference would be fruitful.

2. Defendants' motion for summary judgment is due **January 13, 2023**; plaintiff's opposition is due **February 13, 2023**; defendants' reply is due **February 27, 2023**.

Dated: October 14, 2022
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge