UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYRNA LACK

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

20 Civ. 05394 ( VLB ) ( )

- against -

**AFFIDAVIT OF SERVICE**

CAESARS ENTERTAINMENT CORPORATION, ET AL.

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* LINDA POCCIA, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*:

EXHIBIT G - INCIDENT REPORT AND PHOTOGRAPHS

EXHIBIT H - SPOLLEN AFFIDAVIT AND SURVEILLANCE VIDEO

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* Regular First Class Mail to the following persons *(list the names and addresses of the people you served)*:

Robert Genis, Esq., Sonin & Genis, LLC, One Fordham Plaza, Suite 907, Bronx, New York 10458

on *(date you served the document(s))* January 13, 2023.

January 17, 2023
Dated

Signature: *Linda Poccia*
Fullerton Beck, LLP
Address
4 West Red Oak Lane, Suite 203
City, State
White Plains, New York 10604
Zip
(914) 305-8634
Telephone Number
lpoccia@fullertonbeck.com
E-Mail Address

Sworn to before me this
17th day of January 2023

Notary Public

KRISTIN P. TODARO
Notary Public, State of New York
No. 01TO6171350
Qualified in Westchester County
Commission Expires 7/23/23

*Rev. 01/2013*



**FULLERTON BECK LLP**

ANGELO M. BIANCO
ABianco@fullertonbeck.com
Direct Dial: (914) 305-8658

January 13, 2023

Robert Genis, Esq.
Sonin & Genis, LLC
One Fordham Plaza, Suite 907
Bronx, New York 10458

    Re: Lack v. Caesar's Entertainment Corporation, et al
       7:20-cv-05394-VB

Dear Mr. Genis:

As you know, our office represents Defendant, Caesar's Entertainment Corporation, in the above captioned litigation. This cover letter is being sent in conjunction Defendants' Summary Judgment motion which has been filed in the above-referenced matter.

Enclosed herein, please find Exhibit "G" to the motion, which is the Incident Report and Photographs concerning the subject incident.

Enclosed, you will also find a memory stick which contains the surveillance footage referenced as part of Exhibit "H".

Thank you for your attention to this matter. Please let me know if you need anything further.

Regards,

*[signature]*

Angelo M. Bianco

Enclosures

# EXHIBIT G

## Incident Report and Photographs

Incident Report and Photographs will be filed in hard copy with the Court.

Incident Report and Photographs will be served in hard copy on all parties in this action with proof of service filed electronically.

| Incident File Full Report | | Incident File #IN20190016768 |
|---|---|---|

**Record Creation Details**

| | | | |
|---|---|---|---|
| Date/Time Occurred: | 10/27/2019  4:15 PM | Department: | Security |
| Day of Week Occurred: | Sunday | Owner: | plazarus |
| Date/Time Created: | 10/27/2019  4:43 PM | Operator ID: | |
| Date/Time Closed: | | Operator Name: | |
| Closed By: | | Personnel ID: | |
| | | Card Number: | |
| | | Job Position | |
| | | Secondary Operator: | |

**Location of Incident:**

| | |
|---|---|
| Property: | Harrahs Atlantic City |
| Location: | 06 Gaming Floor - Pits |
| Sublocation: | Pit 5 |

**Details of Incident:**

| | |
|---|---|
| Daily Log #: | DL20190244451 |
| Incident Category: | MEDICAL |
| Incident Type: | Guest / Patron |
| Incident Sub-Type: | Slip/Fall |
| Incident Status: | Open |
| Synopsis: | A guest was observed slip/falling in front of pit 5, S/SP Hersh responded. |
| Checklist: | 1620 hours: EMS notified to respond to old post 11 for 89yo female |
| | 1627 hours: EMS on property |
| | 1632 hours: EMS off property with guest & friend |
| | - Ambulance Offered And Accepted |
| | - CC-TV FOOTAGE SAVED |
| | - CCTV Notified |
| | - First Aid Offered And Declined |
| | - INCIDENT READY FOR REVIEW BY MGR/DIR |
| | - PATRON IDENTIFICATION |
| | - PHOTOGRAPHS TAKEN |
| | - Security Notified |
| | - STATEMENT TAKEN |

**Narrative:**

| Created On | Created By | Modified On | Modified By |
|---|---|---|---|
| 10/27/2019  4:44 PM | thersh | 10/27/2019  5:47 PM | thersh |

On Sunday, October 27, 2019 at approximately 1619 hours a guest was observed falling in front of table #522. S/SP Hersh responded.

Upon arrival guest Myrna LACK (2-3250104) reported that she slipped and fell while she was walking. LACK reported her left hip and left leg were in pain. S/O Bhatti assisted

| Reporting Party: | Supervisor: |
|---|---|

| Incident File Full Report | Incident File #IN20190016768 |
|---|---|

| | |
|---|---|
| | LACK from the ground after she fell. S/O Bhatti completed a Witness Statement. LACK declined to complete a Witness Statement at this time due to being in too much pain. S/SP Hersh advised LACK she can complete a Witness Statement when LACK returns to property. |
| | First Aid was offered and declined. EMS was offered and accepted. EMS arrived on property at approximately 1627 hours. LACK departed with EMS to ACRMC to be further evaluated. |
| | S/SP Hersh conducted a scene check of the area where LACK fell. S/SP Hersh reported no liquid, debris, or defects at the following area. Pictures of the area where LACK fell are in the Media Section of the report. |
| | Surveillance advised coverage of this incident is saved under IR#3964-19. |
| Executive Brief: | Guest Myrna LACK slipped and fell in front of table #522. LACK reported that she felt pain on her left hip and left leg. First Aid was offered and declined. EMS was offered and accepted. LACK departed property with EMS to ACRMC. |

Participants Involved:

Personnel

| Full Name: | Bhatti, Shoukat | Property: | Harrahs Atlantic City |
|---|---|---|---|
| Role: | Security Officer | Department: | |
| Full Name: | Hersh, Tyler | Property: | Harrahs Atlantic City |
| Role: | Security Specialist, Report Writer | Department: | |

Subject

| Full Name: | Lack, Myrna | Company: | |
|---|---|---|---|
| Role: | Injured | | |

Supplemental Entries:

SP20190002029  Attached by thersh on Oct 27, 2019 20:29

Description    M/R Contreras picked up LACK's friend Maxine JANOWITZ from ACRMC, so JANOWITZ can retrieve LACK's property from her room. LACK is being transported to another hospital at this time.

| Reporting Party: | Supervisor: |
|---|---|

| Incident File Full Report | Incident File #IN20190016768 |
|---|---|

**List of Attached Forms:**

| Prefix | Form Name |
|---|---|
| A | Media Attachments |

| Reporting Party: | Supervisor: |
|---|---|







# EXHIBIT H

## Spollen Affidavit in Support of Surveillance Video

Surveillance Video will be filed in hard copy with the Court.

Surveillance Video will be served in hard copy on all parties in this action with proof of service filed electronically.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MYRNA LACK,

                        Plaintiff,

-against-

CAESARS ENTERTAINMENT CORPORATION,
HARRAH'S ATLANTIC CITY, LLC, HARRAH'S
ATLANTIC CITY OPERATING COMPANY, LLC,
HARRAH'S ATLANTIC CITY PROPCO, LLC, and
HARRAH'S BOSSIER CITY INVESTMENT
COMPANY, LLC,

                        Defendants.
------------------------------------------------------------------X

Case No.: 20-cv-05394

**AFFIDAVIT**

JOHN SPOLLEN, being duly sworn, deposes and says:

1. I am over the age of 18.

2. I have been a Surveillance Shift Supervisor at Harrah's Hotel and Casino located at 777 Harrah's Boulevard, Atlantic City, New Jersey 08401 (hereinafter, "the premises") since 2000. From 1998 to 2000, I was a surveillance officer, and I am familiar with the surveillance practices at the premises. I am responsible for ensuring the surveillance equipment is in working order, looking out for the safety of employees and guests, liaising between other departments, and ensuring regulatory compliance with the Division of Gaming Enforcement (DGE).

3. The premises has between 1,500 and 2,000 cameras which are monitored by a rotating team of five Surveillance Officers.

4. All video surveillance footage from the cameras at the premises is recorded and stored on a computer hard drive at the premises for seven days. After seven days, only surveillance footage from one hour before and one hour after an incident are saved.

5. October 27, 2019, Camera 545 was facing the area where Ms. Lack fell. At 16:13, the camera captured video footage of Ms. Lack's fall.

6. Surveillance footage from one hour before and one hour after Ms. Lack's fall are available and maintained by the Defendants in the ordinary course of business.

7. The footage maintained by the Defendants is a true and accurate depiction of the incident that occurred on October 27, 2019 at approximately 16:13, at the premises. This footage has not been altered, edited, or enhanced.

8. The surveillance footage annexed to Defendants' motion for summary judgment has been maintained in the ordinary course of Defendant's business and has been provided to Fullerton Beck, LLP, as attorneys for the Defendants, for the purposes of this litigation.

9. I have reviewed the surveillance footage annexed to Defendant's motion for summary judgment and compared said footage to that maintained by the Defendants in the ordinary course of business.

10. I declare under penalty of perjury under the laws of the United States of America and the State of New York and New Jersey that the surveillance footage annexed to Defendant's motion is a true and accurate copy of the footage obtained on October 27, 2019, depicting Ms. Lack's accident, and that it has not been altered, edited, or enhanced.

11. I further declare under penalty of perjury under the laws of the United States of America and the State of New York and New Jersey that the foregoing is true and correct.

_____
JOHN SPOLLEN

Sworn to before me this
4th day of January 2023
_____
Notary Public

DINA K. BROWN
Notary Public, State of New Jersey
Comm. # 2426021
My Commission Expires 10/10/2027

2

