UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MYRNA LACK,
                Plaintiff,

v.

CAESARS ENTERTAINMENT               **ORDER**
CORPORATION; HARRAH'S ATLANTIC
CITY OPERATING COMPANY, LLC;        20 CV 5394 (VB)
HARRAH'S ATLANTIC CITY PROPCO, LLC;
and HARRAH'S BOSSIER CITY
INVESTMENT COMPANY, LLC,
                Defendants.
--------------------------------------------------------------x

      Defendants' motion for summary judgment is DENIED. (Doc. #91).

      A case management conference is scheduled for September 21, 2023, at 3:00 p.m., at which time the Court will issue a bench ruling explaining the basis for its decision. The conference will take place at the White Plains courthouse, Courtroom 620.

      Counsel shall be prepared to discuss the setting of a trial date and a schedule for pretrial submissions, as well as what efforts they have made and will make to settle this case.

      The Clerk is instructed to terminate the motion. (Doc. #91).

Dated: August 15, 2023
      White Plains, NY

                                        SO ORDERED:

                                        /s/ Vincent L. Briccetti
                                        Vincent L. Briccetti
                                        United States District Judge