UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MYRNA LACK,
                  Plaintiff,

v.

CAESARS ENTERTAINMENT
CORPORATION; HARRAH'S ATLANTIC
CITY OPERATING COMPANY, LLC;
HARRAH'S ATLANTIC CITY PROPCO, LLC;
and HARRAH'S BOSSIER CITY
INVESTMENT COMPANY, LLC,
                  Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 5394 (VB)

As discussed at a conference held today, at which counsel for all parties appeared, it is HEREBY ORDERED:

1. By separate Order, this case will be referred to Magistrate Judge Judith C. McCarthy for a settlement conference.

2. A case management conference before Judge Briccetti is scheduled for November 21, 2023, at 2:30 p.m., at the White Plains courthouse, Courtroom 620. At the conference, counsel shall be prepared to discuss the setting of a trial date and a schedule for pretrial submissions, including the proposed joint pretrial order.

Dated: September 21, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge