UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MYRNA LACK, :
                Plaintiff, :
v. :
:
CAESARS ENTERTAINMENT : **ORDER**
CORPORATION; HARRAH'S ATLANTIC :
CITY OPERATING COMPANY, LLC; : 20 CV 5394 (VB)
HARRAH'S ATLANTIC CITY PROPCO, LLC; :
and HARRAH'S BOSSIER CITY :
INVESTMENT COMPANY, LLC, :
                Defendants. :
--------------------------------------------------------------x

      As discussed at a conference held today, attended by counsel for both parties, it is HEREBY ORDERED:

      1.      By March 11, 2024, the parties shall submit a Joint Pretrial Order, which shall comply with both Federal Rule of Civil Procedure 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

      2.      By April 11, 2024, the parties shall submit proposed voir dire, any motions in limine, joint requests to charge, and a joint verdict form. (See Paragraph 4.B. of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions shall include both the text of any requested instruction and a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

      3.      By April 25, 2024, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

      4.      A final pretrial conference will be held on May 30, 2024, at 2:30 p.m.

      5.      Jury selection and trial are scheduled to begin on June 11, 2024, at 9:30 a.m.

Dated: November 21, 2023
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge