UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MYRNA LACK,
                  Plaintiff,

v.

CAESAR'S ENTERTAINMENT
CORPORATION; HARRAH'S ATLANTIC
CITY OPERATING COMPANY, LLC;
HARRAH'S ATLANTIC CITY PROPCO,
LLC; and HARRAH'S BOSSIER CITY
INVESTMENT COMPANY, LLC,
                  Defendants.
--------------------------------------------------------------x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/24**

**ORDER OF DISMISSAL**

20 CV 5394 (VB)

       The Court has been advised the parties have settled this matter. (Doc. # 145). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 6, 2024. To be clear, any application to restore the action must be filed by June 6, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other appearances, including the trial scheduled to commence on June 11, 2024, are cancelled. Any pending motions are moot.

       The Clerk is instructed to close the case.

Dated: May 7, 2024
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge